IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES R. MESSER,

     Appellant,

v.

DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES, DIVISION OF LICENSING,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-0476

Opinion filed September 2, 2014.

An appeal from an order of the Department of Agriculture and Consumer Services.
Grea Bevis, Director.

Kerry Adkison of Kerry Adkison, P.A., Chipley, for Appellant.

John A. Raymaker, General Counsel, and Jessica Leigh, Assistant General Counsel; John R. Perry, Senior Attorney, and David Arthmann, Senior Attorney, Department of Agriculture and Consumer Services, Division of Licensing, Tallahassee, for Appellee.

PER CURIAM.

We treat appellee's motion to relinquish jurisdiction for the purpose of vacating the final order on appeal as a confession of error. In accordance

therewith, the final order being appealed in this cause is REVERSED and the matter is REMANDED to the lower tribunal for further proceedings.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.